**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAWN BISHOP,

    Plaintiff,

v.                                               CASE NO.    8:18-cv-01312-MSS-CPT

CREDIT ONE BANK, N.A.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Dawn Bishop, and the Defendant, Credit One Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| /s/ *Amanda J. Allen, Esq.* | /s/ *Alexandra de Alejo, Esq.* |
| **Amanda J. Allen, Esquire** | **Alexandra de Alejo, Esquire** |
| Florida Bar No. 98228 | Florida Bar No. 43108 |
| Amanda@TheConsumerProtectionFirm.com | Alexandra.dealejo@gray-robinson.com |
| The Consumer Protection Firm, PLLC | Gray Robinson, P.A. |
| 4030 Henderson Blvd. | 333 SE 2nd Avenue, Suite 3200 |
| Tampa, FL 33629 | Miami, FL 33131 |
| Tele: (813) 500-1500 | Tele: (305) 416-6880 |
| Fax: (813) 435-2369 | Fax: (305) 413-6887 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## **CERTIFICATE OF SERVICE**

  I certify that on May 21, 2020, a copy of the foregoing document was served on all counsel of record via CM/ECF.

               *s/Amanda J. Allen, Esq.*
              **Amanda J. Allen, Esquire**
               Florida Bar No. 98228
               Amanda@TheConsumerProtectionFirm.com
               Shenia@TheConsumerProtectionFirm.com
               THE CONSUMER PROTECTION FIRM, PLLC
               4030 Henderson Blvd.
               Tampa, FL 33629
               Tele: (813) 500-1500
               Fax: (813) 435-2369
               ***Attorney for Plaintiff***